IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HEATHER BATAYIAS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-15 |
| v. | |
| THE MECHANICAL SHOP, INC., | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's February 15, 2022, Report and Recommendation, (doc. 49), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Complaint, (doc. 1), is **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 9th day of March, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA